AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**BETTY GOUARD, Individually and as Special Administratrix of Estate of DAVIE GOURARD,**
**Plaintiff,**

vs.  Case Number:  **08-2011**

**MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC. and MEDCO HEALTH SOLUTIONS OF LAS VEGAS, L.L.C.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Medco Health Solutions of Las Vegas, Inc. and Medco Health Solutions of Las Vegas, L.L.C. and against the plaintiff Betty Gouard, Individually and as Special Administratrix of Estate of Davie Gourard.  The case is terminated.

ENTER this 28th day of April 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK